UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IEMFS LTD.,

    Plaintiff,

v.

                                              Case No. 15-cv-917-pp

ECONOMY LIFT RENTALS LLC,
SUSAN SUGRUE, and MICHAEL SUGRUE,

    Defendants.

---

**ORDER DISMISSING CASE**

---

On November 21, 2019, the court ordered the plaintiff to file a status report on its motion for summary judgment against Economy Lift Rentals by the end of the day on December 20, 2019. Dkt. No. 100. The plaintiff did not file that status report. The plaintiff has filed nothing in this case since it filed the motion for summary judgment and supporting documents on January 12, 2018. Dkt. Nos. 94-97. Because it appears to the court that the plaintiff is no longer diligently prosecuting this case, the court **ORDERS** that this case is **DISMISSED** under Civil Local Rule 41(c) (E.D. Wis.). Under this rule, any party affected by this order may petition for reinstatement of the case within 21 days.

Dated in Milwaukee, Wisconsin this 4th day of February, 2020.

                                      **BY THE COURT:**

                                      _____
                                      **HON. PAMELA PEPPER**
                                      **Chief United States District Judge**